THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVONNE WILLIAMS, Appellant. [51 NYS3d 886]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered February 26, 2014, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him, as a second violent felony offender, to a term of seven years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, including its evaluation of alleged inconsistencies in testimony (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The evidence credited by the court established reasonable suspicion for a stop and frisk. Concur—Friedman, J.P., Moskowitz, Manzanet-Daniels, Kapnick and Webber, JJ.